UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM H. BAILEY,<br><br>                    Plaintiff,<br><br>vs.<br><br>GOLDEN STATE FOODS CORP., et al.,<br><br>                    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:12-cv-01128-JOF |

### J U D G M E N T

This action having come before the court, Honorable J. Owen Forrester, United States District Judge, for consideration of Defendants' Motions to Dismiss, and the court having granted said motions, it is

**ORDERED AND ADJUDGED** that the action be, and the same hereby, is **DISMISSED WITH PREJUDICE**.

Dated at Atlanta, Georgia, this 30th day of July, 2012.

JAMES N. HATTEN
CLERK OF COURT


By: s/ M. York
      Deputy Clerk


Prepared, Filed, and Entered
in the Clerk's Office
July 30, 2012
James N. Hatten
Clerk of Court

By: s/ M. York
      Deputy Clerk